Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 0 1 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-158-MKD |
| Plaintiff, | INDICTMENT |
| v. | 18 U.S.C. § 2251(a), (e)<br>Production and Attempted<br>Production of Child Pornography |
| ROBERT WAYNE HUTTON, | |
| Defendant. | 18 U.S.C. § 2253<br>Forfeiture Allegations |

The Grand Jury charges:

Beginning on or about May 15, 2021, and continuing through on or about May 22, 2022, in the Eastern District of Washington, the Defendant, ROBERT WAYNE HUTTON, did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim 1, a minor girl born in 2006, to engage in sexually explicit conduct for the purpose of producing any visual depictions of such conduct, knowing and having reason to know that such visual depictions would be produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt to do the same, in violation of 18 U.S.C. § 2251(a), (e).

INDICTMENT – 1

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2251(a), (e), as set forth in this Indictment, the Defendant, ROBERT WAYNE HUTTON, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including, but not limited to, the following:

- Samsung Galaxy Note20 Ultra 5G;
- an ASUS laptop, model GL752V;
- a Dell desktop PC, model Vostro; and
- an ASUS desktop PC, model G11CD.

If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

INDICTMENT – 2

1    the United States of America shall be entitled to forfeiture of substitute property

2    pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

3        DATED this __/__ day of November, 2022.

4                        A TRUE BILL



8

9    Vanessa R. Waldref

10   United States Attorney

11

12

13   Ann T. Wick

     Assistant United States Attorney

INDICTMENT – 3